UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DANTE CULLOM,
a/k/a Dante Walter Cullom,

      Defendant.
_____/

Case No. 24-cr-20249
Hon. Matthew F. Leitman

### ORDER DENYING DEFENDANT'S MOTION TO DISMISS (ECF #19) AND MOTION TO SUPPRESS (ECF #20)

On February 11, 2025, the Court held a hearing on Defendant's Motion to Dismiss and Motion to Suppress. (See Motions, ECF Nos. 19 and 20.) For the reasons explained on the record during the hearing, the motions are **DENIED**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: February 11, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 11, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126